# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLTON ISLAS DIETRICK (1),<br><br>Defendant. | Case No. 20-CR-3872-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Indictment [ECF 10] in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:   January 29, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court